## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

JAMES L. KOPECKY, RECEIVER FOR )
BRAD A. WEAVER AND BETA ASSET )
MANAGEMENT, INC., )
         )
        Plaintiff, )
         )
        v. )
         )
RJM INVESTMENTS, )
JON WITHEY, MARK VEHSLAGE and )
RICHARD SCHRIPSEMA )
         )
        Defendants. )

```
FILED: AUGUST 28, 2008
08CV4921
JUDGE GETTLEMAN
MAGISTRATE  JUDGE DENLOW
AEE
```

## COMPLAINT

Plaintiff James L. Kopecky ("the Receiver"), Receiver for Brad A. Weaver ("Weaver") and Beta Asset Management, Inc. ("Beta"), for his Complaint against Defendant RJM Investments and Defendants Jon Withey, Mark Vehslage and Richard Schripsema as the principals and partners of RJM Investments (collectively "Defendants"), alleges as follows:

### NATURE OF THE CASE

1.    This case arises from a Ponzi scheme perpetrated by Weaver and Beta. Weaver and Beta raised over $22 million from more than 100 investors by, among other things, making various fraudulent representations relating to their ability to trade in error accounts. Defendants have profited in excess of $3 million from Weaver and Beta's fraudulent financial scheme as subsequent transferees who took funds from the scheme and used them without providing consideration or services. The money Defendants received was taken from capital raised from innocent investors who subsequently lost part or all of the monies they invested in Weaver and Beta's scheme. The purpose of this lawsuit is to recover the proceeds given to Defendants so those funds can be equitably redistributed to the defrauded investors of the Ponzi scheme.

## JURISDICTION

2.     This Court has supplemental jurisdiction over this matter pursuant to 28 U.S.C.

§1367(a) and the Receivership Order entered in the ancillary matter entitled *Securities Exchange*

*Commission v. Weaver* (No. 04 C 8279) in which this Court properly exercises original

jurisdiction pursuant to Section 22(a) of the Securities Act of 1933, 15 U.S.C. §77v(a), and

Section 27 of the Securities Exchange Act of 1934, 15 U.S.C. §78aa.

3.     Venue is proper pursuant to 28 U.S.C. §1391(b), as the acts and practices giving

rise to the claims asserted herein occurred in this District.

## THE PARTIES

### Plaintiff

4.     Plaintiff James L. Kopecky (the "Receiver") is the Receiver for Weaver and Beta

in *Securities Exchange Commission v. Weaver*, No. 04 C 8279 (hereinafter "*SEC v. Weaver*").

The Receiver was appointed for the benefit of investors to "marshal, conserve, protect, hold

funds, operate, and with the approval of the Court, dispose of all assets of any nature…in which

[Weaver] and [Beta] have a legal, equitable or beneficial interest, including money that [Weaver

and Beta] improperly paid to investors."  The Order Appointing Receiver is attached hereto as

Exhibit A.  Because the Receiver was not appointed until after the transfers that are the subject of

this Complaint were made, the Receiver does not have personal knowledge of the facts alleged in

this Complaint and therefore alleges those facts on information and belief.

5.     Weaver is an individual, who, at all relevant times, resided in Chicago, Illinois.

During the time periods relevant to this Complaint, Weaver held himself out as president of Beta,

Weaver was employed as a registered representative by Raymond James Financial Services, Inc.

("Raymond James"), a registered broker-dealer, from 1999 until April 15, 2003.

6.     Beta is an Illinois corporation with a principal place of business in Chicago, Illinois.

## Defendants

7.     Defendant RJM Investments is an Illinois partnership with a principal place of business in Chicago, Illinois.  Defendants Jon Withey, Mark Vehslage and Richard Schripsema are the partners of RJM Investments.

8.     Defendant Jon Withey ("Withey") resides at 855 N. LaSalle Street, Chicago, Illinois.  Withey served as accountant and tax advisor for Lakewood Properties, Ltd., Defendant Mark Vehslage, and Defendant Richard Schripsema during the relevant period.

9.     Defendant Mark Vehslage ("Vehslage") is a citizen of the State of California and resides at 2232 Santa Barbara Street, Santa Barbara, California.

10.     Defendant Richard Schripsema ("Schripsema") is a citizen of the State of California and resides at 3729 Monterey Pines Street H101, Santa Barbara, California.

## Related Party

11.     Lakewood Properties, Ltd. ("Lakewood") is an Illinois corporation formed by Defendants Vehslage and Schripsema purportedly to invest in real estate, but at certain relevant times, also was used as a shell company to fraudulently funnel funds to Defendants.

## GENERAL ALLEGATIONS

### The Fraudulent Financial Scheme

12.     From January 2003 through December 2004, Weaver and Beta operated a Ponzi scheme, which defrauded over $22 million from more than 100 investors by, among other things, making various fraudulent representations relating to their ability to trade in error accounts.

13.     The so-called "profits" that some of the "investors" of the Ponzi scheme received were not returns from legitimate investments, but rather were monies taken from capital that Weaver and Beta raised from other "investors."

14.     On or about June 4, 2004, during the period of Weaver and Beta's fraudulent financial scheme, Beta wired $2.6 million dollars to Chicago & Title Trust for the benefit of Lakewood and not in exchange for products, services or other consideration.  Throughout the relevant time period, Lakewood received funds in excess of its investments with Beta, to the detriment of Beta's remaining investors, and forwarded those funds to Defendants Vehslage and Schripsema in exchange for no value.

### The Commission's Lawsuit against Weaver and Beta

15.     On December 23, 2004, the Commission filed its Complaint in *SEC v. Weaver* alleging that Weaver's and Beta's conduct violated section 17(a) of the Securities Act of 1933 ("Securities Act") (15 U.S.C. § 77q(a)), Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") (15 U.S.C. § 78j(b)), and Rule 10b-5 promulgated thereunder (17 C.F.R. 240.10b-5).

16.     On January 4, 2005, Weaver and Beta consented to the entry of a preliminary injunction restraining them from violating Section 17(a) of the Securities Act and Section 10(b) and Rule 10b-5 of the Securities Exchange Act.

17.     On February 3, 2006, the Court permanently enjoined Weaver and Beta from violating Section 17(a) of the Securities Act and Section l0(b) and Rule 10b-5 of the Securities Exchange Act.

### The Receiver's Lawsuit Against Lakewood

18.     On May 22, 2007, the Receiver filed an action against Lakewood in the Northern District of Illinois entitled *Kopecky v. Lakewood Properties, Ltd.*, Case No. 07 C 02863

("Lakewood Case").  The three-count Complaint asserted that Lakewood: (1) should be required

to disgorge funds it acquired from Weaver and Beta's violations of the Securities Act and the

Exchange Act; (2) was unjustly enriched by approximately $3 million to the detriment of other

individuals who "invested" in the fraudulent financial scheme; and (3) violated the Illinois

Uniform Fraudulent Transfer Act, 7430 ILCS 160/1 *et seq.*

19.     During the course of discovery in the Lakewood Case, the Receiver became

aware that funds transferred by Weaver and Beta to Lakewood were for the benefit of, or

transferred to, Defendants Vehslage and Schripsema without reasonably equivalent value in

exchange.

### Transfers from Lakewood to Defendants

20.     On May 14, 2004, Defendants Schripsema, Vehslage and Withey formed an

investment partnership entitled RJM Investments, with the intention of pooling the partners'

monies in order to have a larger total to invest than they would have individually.  A copy of

Defendant RJM Investments' partnership agreement is attached hereto as Exhibit B.

21.     On June 4, 2004, Beta received a wire transfer in the amount of $3 million from

an individual "investor" in Weaver and Beta's Ponzi scheme.  On the same day, within a couple

of hours, Beta wired $2.6 million from its Bank of America account to an account at Chicago

Title & Trust Company for the benefit of Lakewood.

22.     Also on June 4, 2004, Defendant Vehslage caused the $2.6 million that Beta

wired to Lakewood's account at Chicago Title & Trust Company, plus additional funds, to be

wired in turn to an account at Northern Trust Company held by Vehslage personally.

23.    On June 22, 2004, less than three weeks after Defendant Vehslage received the $2.6 million, Defendant RJM Investments applied for an E*Trade Financial Investment Club account.  A copy of RJM Investments' E*Trade application is attached hereto as Exhibit C.

24.    Defendant Withey made the initial deposit of $1,000 into the E*Trade account on behalf of RJM Investments for the purpose of opening the account.  Upon information and belief, this initial $1,000 deposit was the only funds that Defendant Withey ever contributed to RJM Investments' E*Trade account.

25.    On further information and belief, between July 2004 and July 2005, Defendants Vehslage and/or Schripsema deposited over $3.7 million into RJM Investments' E*Trade account, an additional $20,000 in September 2007, and $9,500 in December 2007.

26.    Between April 2005 and May 2008, the principals of RJM Investments withdrew or used over $3 million from RJM Investments' E*Trade account, and as of May 31, 2008, RJM Investments' E*Trade account had a balance of $984,786.44.  Copies of the relevant E*Trade Account Statements are attached hereto as Exhibit D.

27.    Upon information and belief, from June 2004 to the present, Defendants Vehslage and Schripsema have had no employment or any source of income other than the funds they obtained from Lakewood.  The $2.6 million transferred from Beta as a result of Weaver and Beta's Ponzi scheme to Lakewood and then subsequently to Defendant Vehslage's personal account, along with the other monies that Lakewood,  Defendant Vehslage, and Defendant Schripsema received, were used to fund RJM Investments' E*Trade account.

28.    The Receiver first learned that the RJM Investments E*Trade account existed in July 2008 through the course of discovery in a related matter pending in the Northern District of

Illinois entitled *Kopecky, Receiver for Brad A. Weaver and Beta Asset Management, Inc. v. Vehslage et al.* (No. 08 CV 3135).

## COUNT I

### Unjust Enrichment

29.    Paragraphs 1 through 28 are realleged and incorporated by reference as though fully set forth herein.

30.    Defendants unjustly received a profit of more than $3 million dollars as the result of the fraudulent financial scheme perpetrated by Weaver and Beta.

31.    Defendants were unjustly enriched to the detriment of the other investors in the fraudulent financial scheme.

32.    Defendants' retention of the proceeds of the fraudulent financial scheme violates fundamental principles of justice, equity and good conscience.

## COUNT II

### Uniform Fraudulent Transfer

33.    Paragraphs 1 through 28 are realleged and incorporated by reference as though fully set forth herein.

34.    The transfer of funds from Beta to Lakewood to Defendants Vehslage and Schripsema and used for the benefit of all Defendants in the E*Trade account constitutes either direct fraudulent conveyance or a subsequent fraudulent conveyance for no reasonably equivalent value under the Illinois Uniform Fraudulent Transfer Act, 740 ILCS 160/1 *et seq.* (2003).

35.    The transfer of funds from Beta to and for the benefit of Lakewood and the Defendants personally was done with actual intent to hinder, delay or defraud any creditor of Beta.

36.     Beta's transfer of funds to and for the benefit of Lakewood and the Defendants personally was done without Beta receiving reasonably equivalent value in exchange for the transfer or obligation.  Beta was engaged or was about to engage in a business or transaction for which the remaining assets of Beta were unreasonably small in relation to the business transaction.  Beta intended to incur, or believed or reasonably should have believed that it would incur, debts beyond its ability to pay as they became due.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order setting aside the transfer, enter a monetary judgment in an amount in excess of $3 million plus prejudgment interest, and enter such other and further relief as the Court deems just and appropriate.

Respectfully submitted,

JAMES L. KOPECKY, RECEIVER
FOR BRAD A. WEAVER AND
BETA ASSET MANAGEMENT, INC.

 /s Cynthia M. Peterson
   Attorney for Plaintiff

Pravin B. Rao
Cynthia M. Peterson
PERKINS COIE LLP
131 S. Dearborn St., Suite 1700
Chicago, Illinois 60603
(312) 324-8620
(312) 324-9620 (facsimile)

Dated:  August 28, 2008

# EXHIBIT A

Case 1:08-cv-04921    Document 1-2    Filed 08/28/2008    Page 2 of 7
Case 1:07-cv-02863    Document 74-4    Filed 06/09/2008    Page 2 of 7
Case 1:04-cv-08279    Document 40    Filed 02/24/2006    Page 1 of 6

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No: 04 C 8279 |
| | ) | Judge Rebecca R. Pallmeyer |
| BRAD A. WEAVER, BETA ASSET MANAGEMENT, INC., | ) ) | Magistrate Judge Geraldine Soat Brown |
| | ) | |
| Defendants. | ) | |

## ORDER APPOINTING A RECEIVER

Plaintiff, Securities and Exchange Commission ("Commission"), requested that the Court appoint a Receiver for the benefit of investors to marshal, conserve, protect, hold funds, operate and, with the approval of the Court, dispose of all assets of any nature, wherever those assets may be found, in which Brad A. Weaver and Beta Asset Management, Inc. ("Defendants") have a legal, equitable or beneficial interest, including money that Defendants improperly paid to investors (collectively "Receivership Property").

The Commission requests the appointment of James L. Kopecky as receiver over Defendants and the Receivership Property.

    1.    The Receiver shall have the following powers and duties to fulfill his obligations:

        a.    Use reasonable efforts to determine the nature, location, and value of all assets and property owned by Defendants and their affiliates, in their possession or subject to their control;

Case 1:08-cv-04921    Document 1-2    Filed 08/28/2008    Page 3 of 7
Case 1:07-cv-02863    Document 74-4    Filed 06/09/2008    Page 3 of 7
Case 1:04-cv-08279    Document 40    Filed 02/24/2006    Page 2 of 6

    b.      Use reasonable efforts to determine the identity of all of
Defendants' investors; the amount of money that Defendants
received from each investor; the amount of money that
Defendants' paid to each investor; and seek to recover excessive
payments, if any paid to certain investors, for more equitable
distribution;

    c.      Engage and employ, with the approval of the Court, any accounting
firms or other necessary individuals or entities the Receiver deems
necessary to assist in his duties ("Retained Personnel");

    d.      Take such action as necessary and appropriate to prevent the
dissipation or concealment by Defendants or their affiliates of any
funds or assets constituting Receivership Property and otherwise
preserve any such funds and assets;

    e.      The Receiver shall have the authority to issue subpoenas to compel
testimony of persons or production of records, consistent with the
Federal Rules of Civil Procedure, concerning any subject matter
relating to the identification, preservation, collection and/or
liquidation of the Receivership Property, including, without
limitation, Defendants and their affiliated entities' assets, money
received from or paid to investors, or otherwise related to the
discharge of the Receiver's duties;

    f.      Oversee the operations of any and all businesses owned or
controlled by Defendants or otherwise constituting a part of the

Case 1:08-cv-04921   Document 1-2   Filed 08/28/2008   Page 4 of 7
Case 1:07-cv-02863   Document 74-4   Filed 06/09/2008   Page 4 of 7
Case 1:04-cv-08279   Document 40   Filed 02/24/2006   Page 3 of 6

Receivership Property; and

g.    The Receiver may bring such legal actions based on law or equity in any state, federal, or foreign court as he deems necessary or appropriate in discharging his duties as Receiver or on behalf of investors whose interests he is protecting.

2.    Within sixty (30) days of his appointment as Receiver, or such longer time as the Court may approve, the Receiver shall file an inventory and appraisal of all property and assets in Defendants' possession, custody or control or in which Defendants hold a beneficial interest.

3.    Within thirty (30) days after the filing of the inventory, and at regular intervals of not less than three (3) months thereafter until discharged, the Receiver shall file reports of his acts and transactions in his official capacity as Receiver.

4.    The Receiver shall establish one or more bank account(s), in his discretion, to deposit any of Defendants' funds frozen by prior Orders in this case and any other funds the Receiver may recover, including any money recovered from investors or derived from liquidating Receivership Property ("Receivership Accounts"). The Receiver shall use such funds for any legitimate purpose consistent with the Receiver's powers and duties and this Order, including paying fees and expenses of the Receiver and Retained Personnel, as approved by the Court.

5.    The Receiver and Retained Personnel are entitled to reasonable compensation and expense reimbursement to the extent that funds are available to make such payments from the Receivership Accounts. Such compensation shall be in amounts commensurate with the services performed by the Receiver and Retained Personnel and

Case 1:08-cv-04921    Document 1-2    Filed 08/28/2008    Page 5 of 7
Case 1:07-cv-02863    Document 74-4    Filed 06/09/2008    Page 5 of 7
Case 1:04-cv-08279    Document 40    Filed 02/24/2006    Page 4 of 6

shall be subject to the approval of the Court. The Receiver and Retained Personnel shall apply to the Court for such compensation and expense reimbursement quarterly, beginning with the first report the Receiver files pursuant to paragraph 3 of this Order and such amounts shall be paid from the Receivership Accounts.

6.     The Receiver shall not be required to post bond or give an undertaking of any type in connection with his fiduciary duties and obligations in this matter unless and until this Court so orders.

7.     The Receiver and Retained Personnel are entitled to rely on all outstanding rules of law and Court orders and shall not be liable to anyone for their own good faith compliance with any order, rule, law, judgment, or decree. In no event shall the Receiver or Retained Personnel be liable to anyone for their good faith compliance with their duties and responsibilities as Receiver or Retained Personnel, nor shall the Receiver or Retained Personnel be liable to anyone for any actions taken or omitted by them except upon a finding by this Court that they acted or failed to act as a result of malfeasance, bad faith, gross negligence, or in reckless disregard of their duties.

8.     Defendant Weaver is required to assist the Receiver in fulfilling his duties and obligations. As such, he must respond promptly and truthfully to all requests for information and documents from the Receiver. However, this requirement does not impinge on Weaver's rights to assert any applicable privilege.

9.     All investors, creditors, and other persons, and all others acting on behalf of any such investor, creditor or other persons, including sheriffs, marshals, other officers, deputies, servants, agents, employees and attorneys, are stayed from:

         a.     Commencing, prosecuting, continuing or enforcing any suit or

Case 1:08-cv-04921    Document 1-2    Filed 08/28/2008    Page 6 of 7
Case 1:07-cv-02863    Document 74-4    Filed 06/09/2008    Page 6 of 7
Case 1:04-cv-08279    Document 40    Filed 02/24/2006    Page 5 of 6

proceeding against or affecting Defendants or any other part of the

Receivership Property, except that such actions may be filed to toll

any statutes of limitations;

b.     Using self-help or executing or issuing or causing the execution or

issuance of any court attachment, subpoena, replevin, execution, or

other process for the purpose of impounding or taking possession

of or interfering with or creating or enforcing a lien upon any

portion of the Receivership Property, including, without limitation,

any property owned by or in the possession of Defendants or the

Receiver, wherever situated;

c.     Attempting to modify, cancel, terminate, call, extinguish, revoke or

accelerate (the due date), of any lease, loan, mortgage,

indebtedness, security agreement or other agreement with

Defendants or any entities controlled by Defendants, or otherwise

affecting the Receivership Property; and

d.     Doing any act to interfere with the taking control, possession, or

management, by the Receiver, of any portion of the Receivership

Property, including, without limitation, Defendants' assets and

assets owned, controlled, or in the possession of the Receiver, or to

in any way interfere with or harass the Receiver, or to interfere in

any manner with the exclusive jurisdiction of this Court over the

Receivership Property.

10.     From time to time upon application of the Receiver, the Court shall reissue

Case 1:08-cv-04921    Document 1-2    Filed 08/28/2008    Page 7 of 7
Case 1:07-cv-02863    Document 74-4    Filed 06/09/2008    Page 7 of 7
Case 1:04-cv-08279    Document 40    Filed 02/24/2006    Page 6 of 6

this order and upon applications of the Receiver may amend this order.

11.    All persons, and all others acting on behalf of any such persons, including sheriffs, marshals, other officers, deputies, servants, agents, employees and attorneys, are ordered to turn over to the Receiver any and all property, including records of any nature in which Defendants are the owner or have an interest in, immediately upon receiving notice of the entry of this order.

Dated:    2/24/06

United States District Court Judge

# EXHIBIT B

REDACTED

# PARTNERSHIP AGREEMENT
# RJM INVESTMENTS

## FORMAT

Richard Schripsema, Mark Veshslage and Jon Withey intend to form an investment partnership, "RJM Investments," with the intention of pooling the partners' monies in order to have a larger total to invest than they would have individually. The legal format will be that of a partnership, with this agreement constituting the operating framework.

## CAPITAL CONTRIBUTIONS

The partnership will be funded in varying amounts and ownership percentages, as each partner deems appropriate. Each partner will have his own capital account for accounting purposes. As monies are contributed, that appropriate partner's capital account will be credited (increased), and the ownership percentages recomputed. Similarly, as monies are withdrawn, the individual partner's capital will be debited (reduced). Because each partner will have the right to contribute and withdraw monies at any time, the capital accounts and related ownership percentages will be recomputed as necessary, on a continuous basis. Jon Withey agrees that in consideration for the investment expertise of the other two partners, he will limit his capital contributions to four hundred thousand dollars ($400,000.00) per calendar year. Richard Schripsema and Mark Vehslage will have no limitation on their allowed capital contributions. Because 2004 is the start-up year of this agreement, Jon Withey's maximum contribution to the partnership shall be limited to $266.667.00.

## INVESTMENTS

The partners agree that one or more investment account will be opened, in the name on the partnership, with an investment broker of common choosing. Each partner will be an authorized signer on the account. Investment decisions for the common funds will be made jointly by the three partners. In the event of an investment disagreement, when two of the partners who represent over 50% of the combined capital agree, their decision shall be binding on the third partner.

REDACTED

With the approval of the partners, the partnership shall be authorized to purchase any type of investment offered by the broker.

## ALLOCATION OF EARNINGS

Each partner will be allocated his pro-rata share of the partnership's income and/or loss on a monthly basis; however the monthly allocations will be for accounting and informational purposes only; the actual/final allocations will be made on an annual, calendar year basis. For purposes of determining each partner's capital balance, the income/loss allocations will include unrealized gains and losses in the portfolio.

## TAXATION

The partnership will be taxed as a partnership, with a federal form 1065 and Illinois form IL-1065 filed on a calendar year basis. All realized income or loss, and any income tax responsibility/benefit thereon, will be allocated to the partners as specified in the above paragraph. The partnership itself will pay no federal or state income taxes. The partnership will have to pay Illinois replacement tax annually on any net earnings.

## CAPITAL WITHDRAWALS

Because the partnership intends to continuously invest the bulk of its capital, each partner agrees to limit his cash withdrawals to a maximum of five percent (5%) of his individual capital account balance per calendar month. Any monthly cash withdrawal in excess of 5% will require either 90 days prior written notice or the express agreement of the other partners.

## PARTNERSHIP TERMINATION

This partnership is terminable by any of the partners at any time. If one partner elects to terminate the existing partnership, the remaining partners may distribute the withdrawing partner's capital and form a replacement partnership. Notice of the intent to terminate the partnership shall be delivered in writing by the terminating partner to the other two partners.

LWP 000521

Should a partnership termination occur, <u>if practical</u>, the partnership assets will be liquidated and distributed within 90 days from the date of the termination notice.

## ACCEPTANCE

By our signatures below, we acknowledge our individual acceptance of this agreement.

_____          _5 / 14 /2004
Richard Schripsema

_____          5 / 14 /2004
Mark vehslage

_____          5 /14 /2004
Jon Withey

# EXHIBIT C

# REDACTED

# E✳TRADE FINANCIAL®

E✳TRADE Securities LLC
P.O. Box 9206
Boston, MA 02205-9206

etrade.com

## BUSINESS ACCOUNT APPLICATION

### How to Apply for a Business Brokerage Account
• Complete sections 1–8. The Options Trading Application is optional.
• Be sure to sign and date your completed application.
• Mail your completed application to the address to the left.
• Questions? Call 1-800-387-2331 (+1-916-636-2510 from outside the U.S.) from 7 a.m. to midnight ET, seven days a week.

**IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT**
To help the government fight the funding of terrorism and money laundering activities, the USA PATRIOT Act requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## ① Choose Your Account Type

☐ Corporate   ☐ Partnership   ☐ Sole Proprietor   ☒ Investment Club (Please attach the Investment Club Agreement, which can be found online at etrade.com/forms.)   ☐ Limited-Liability Company   ☐ Non-Custodial Retirement Plan

## ② Enter Information About the Business (please print)

Official Name of the Entity: **RJM Investments**

Registration Address (cannot be a P.O. box): **5405 N Clark Street**   City, State, ZIP: **Chicago  IL  60640**

Mailing Address (if different from above; P.O. box may be used):    City, State, ZIP:

Business Phone:    Tax ID Number (or SSN of sole proprietor):

## ③ Enter Information About Authorized Persons (please print)

| Primary Authorized Person | Co-Authorized Person If Applicable |
|---|---|
| Name (first, middle initial, last): **Jon E. Withey** | Name (first, middle initial, last): **Mark Vehslage** |
| Title: **Partner** | Title: **Partner** |
| Date of Birth (mm/dd/yyyy): | Date of Birth (mm/dd/yyyy): |
| Social Security Number: | Social Security Number: |
| Best Daytime Phone: | Best Daytime Phone: |
| E-mail Address (required for account updates): **Taxman5405@ameritech.net** | E-mail Address (required for account updates): |

If you are *not* a U.S. resident, please provide the following information.

| Passport Number | Passport Country of Issuance | Passport Number | Passport Country of Issuance |
|---|---|---|---|
| Country of Legal Residence (please attach Form W-8BEN) | | Country of Legal Residence (please attach Form W-8BEN) | |

NOTE: If you are a non-U.S. resident, please attach a photocopy of your passport or government-issued identification. We cannot open your account without this documentation.

If you are *not* a U.S. citizen, please provide the following.

| Country of Citizenship (please attach Form W-8BEN) | Country of Citizenship (please attach Form W-8BEN) |
|---|---|

**Continued on next page**

| Primary Authorized Person | | Co-Authorized Person, If Applicable | |
|---|---|---|---|
| Employer _Self_ | Specific Occupation _CPA_ | Employer _None_ | Specific Occupation |

Business Address _5405 N. Clark, Chicago 60640_

Business Address

**Investment Experience**
☐ None ☐ Limited ☐ Good ☒ Excellent

**Investment Experience**
☐ None ☐ Limited ☐ Good ☒ Excellent

Are you employed by a registered securities broker/dealer, investment advisor, bank, or other financial institution?
☒ No ☐ Yes (you must submit a compliance letter with this application)

Are you employed by a registered securities broker/dealer, investment advisor, bank, or other financial institution?
☒ No ☐ Yes (you must submit a compliance letter with this application)

Are you a director, 10% shareholder, or policymaker of a publicly held company?
☒ No ☐ Yes (specify company) _____

Are you a director, 10% shareholder, or policymaker of a publicly held company?
☒ No ☐ Yes (specify company) _____

## ④ Create an Investment Profile for the Account

Securities industry regulations require that we collect all of the following information.

**Investment Objective for This Account**

☐ **Capital preservation**
Minimize the potential for any loss of principal.

☐ **Income**
Provide current income rather than growth of principal.

☐ **Growth**
Increase investment value over time while accepting price fluctuations.

☒ **Speculation**
Assume the highest degree of risk for potentially higher returns.

**Annual Income**
☐ $0–$14,999
☐ $15,000–$24,999
☐ $25,000–$49,999
☐ $50,000–$99,999
☐ $100,000–$199,999
☒ $200,000+

**Approximate Net Worth** (excluding residence)
☐ $0–$24,999
☐ $25,000–$49,999
☐ $50,000–$99,999
☐ $100,000–$499,999
☐ $500,000–$999,999
☒ $1,000,000+

**Approximate Liquid Net Worth** (cash, stocks, etc.)
☐ $0–$14,999
☐ $15,000–$24,999
☐ $25,000–$49,999
☐ $50,000–$99,999
☐ $100,000–$199,999
☐ $200,000–$499,999
☒ $500,000–$999,999
☐ $1,000,000+

## ⑤ Select Your Account Features

**Earn Income on Your Cash Balance**
Select only *one* of the following choices for the cash balance in your account. **For current yields and descriptions, go to** *etrade.com/rates.*

**Taxable Income**
☐ Credit Interest Plus (not available in WI)
☒ Credit Interest Checking (not available in WI)
☐ E*TRADE Money Market (available in WI only)

**Tax-Exempt Income**
☐ E*TRADE Municipal Money Market Fund
(available only to applicants with a U.S. address)
☐ E*TRADE Government Money Market
(available in WI only)
☐ E*TRADE California Municipal Money Market
(available in CA only)
☐ E*TRADE New York Municipal Money Market
(available in CT, DC, FL, GA, NY, OH, PA, and VA only)

Interest on your cash accrues daily and is paid monthly. We will mail you a prospectus for any fund you choose. You can also see a prospectus online at *etrade.com/prospectus.* Non-U.S. citizens are eligible for the Credit Interest checking program only. If you do not check a box, you will automatically be enrolled in the Credit Interest program. You may change your selection at any time.

**Receive Your Account Documents Online**
For your convenience, account documents such as monthly statements and trade confirmations will be delivered to you via a secure online file cabinet instead of by mail. We will notify you at the primary authorized person's e-mail address provided in section 3 whenever a new
document is available. **This feature is provided automatically, unless declined below.**

I would prefer to receive the following items by U.S. mail:

☐ Monthly statements
☐ Trade confirmations
☐ Prospectuses
☐ Corporate reports, proxies, and reorganization notices

**You must provide your e-mail address in section 3 to receive electronic account documents.**

You may change your delivery preferences at any time. With respect to documents you elect to receive electronically, you agree to all the terms of section 13 of the E*TRADE Securities Customer Agreement at *etrade.com/custagree.*

**Add Margin Borrowing and Overdraft Protection**
A margin account gives you the flexibility to borrow from E*TRADE Securities using the assets in your account as collateral. Proceeds may be used to purchase additional
securities, as overdraft protection, or for any other purpose. **This feature is provided automatically, unless declined below.**

☐ Do not add margin features to my account.

**NOTE: Non-retirement Custodial accounts are not eligible for margin.**

Margin transactions involve additional risks, including the risk that you could lose more money than you deposit in your account. For more information, including current margin interest rates and the NASD Margin Disclosure Statement, visit *etrade.com/margin.* See also Section 10 of the E*TRADE Securities Customer Agreement, which can be found at *etrade.com/custagree.*

## ⑥ Fund Your Account

Tell us how you'll make your initial deposit. A $1,000 minimum is required for cash accounts ($2,000 for margin accounts). Check one or more of the following:

☒ I have enclosed a check or money order for $ _1,000.00_ made payable to E*TRADE Clearing LLC.
☐ My completed Account Transfer Form is attached.
☐ I will transfer funds from an existing account. (For more information go to *etrade.com/newtransfer.*)
☐ I plan to wire funds from another financial institution. (For more information go to *etrade.com/newtransfer.*)

Continued on next page

00164 (2/04) BUSINESS ACCOUNT APPLICATION

I, __Jon E. Withey__ (name of secretary), the secretary of __RJM Investments__ (name of business entity), a __Partnership__ (type of entity), duly organized or already existing under the laws of the state (country if foreign entity) of __ILLINOIS__ (the "Applicant"), hereby certify (1) that the person(s) whose signature(s) appear(s) in section 8 is/are authorized to establish and maintain accounts with E✶TRADE Securities on behalf of the Applicant and to bind the Applicant to the E✶TRADE Securities Customer Agreement, pursuant to a duly adopted resolution of the board of directors; and (2) that the charter documents, agreements, and applicable laws governing the Applicant permit the establishment and maintenance of accounts, including the purchase, sale, or dealing in, through E✶TRADE Securities as broker, securities, options (if allowed), and other assets, on margin (if allowed), or otherwise.

| X _(signature)_ | 6.22.04 | |
| Signature of Secretary | Date | |

## 8  Sign and Date Your Application

I am of legal age to enter into this contract. I acknowledge that I have received, read, and agree that applicants shall be bound by the terms and conditions as currently set forth in the E✶TRADE Securities Customer Agreement and as amended from time to time. The E✶TRADE Securities Customer Agreement is available online at *etrade.com/custagree* or by calling 1-800-786-2575. I ACKNOWLEDGE THAT E✶TRADE SECURITIES DOES NOT PROVIDE INVESTMENT, TAX, OR LEGAL ADVICE. I understand that you will supply my name to issuers of any securities held in the account so that applicant might receive any important information regarding them, unless I notify you in writing not to do so.

Under penalty of perjury, I certify (1) that the Social Security or taxpayer ID number shown on this form is correct, (2) that I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report interest or dividends, or (c) I have been notified by the IRS that I am no longer subject to backup withholding [cross out item 2 if you have been notified by the IRS that you are currently subject to backup withholding because you failed to report all interest and dividends on your tax returns], and (3) I am a U.S. person (including a U.S. resident alien). **The Internal Revenue Service does not require your consent to any provision of this document other than the certification required to avoid backup withholding.**

☐ This is *not* a U.S. business and the appropriate Form W-8BEN has been attached.

**I UNDERSTAND THAT THIS ACCOUNT IS GOVERNED BY A PREDISPUTE ARBITRATION CLAUSE, WHICH IS IN SECTION 8 OF THE E✶TRADE SECURITIES CUSTOMER AGREEMENT.**

| _(signature)_ | 6.22.04 | X _(signature)_ | 6/22/04 |
| Signature of Primary Authorized Person | Date | Signature of Co-Authorized Person | Date |
| Jon E. Withey    Partner | | Mark R. Vehslage,  Partner | |
| Printed Name and Title | | Printed Name and Title | |

System response and account access times may vary due to a variety of factors, including trading volumes, market conditions, and system performance.

The E✶TRADE FINANCIAL family of companies provides financial services that include brokerage, banking, lending, and insurance. E✶TRADE Securities LLC, Member NASD/SIPC, offers securities products and services that are not FDIC insured and not guaranteed deposits or obligations of E✶TRADE Bank. Investments are subject to risk, including possible loss of principal invested. E✶TRADE Bank and E✶TRADE Securities LLC are separate but affiliated companies. Accounts are carried by an affiliate, E✶TRADE Clearing LLC, Member NYSE/NASD/SIPC. Banking and lending products and services are offered by E✶TRADE Bank, a Federal savings bank, Member FDIC, or its subsidiaries.

© 2004 E✶TRADE FINANCIAL Corp. All rights reserved. E✶TRADE FINANCIAL is a registered trademark and the E✶TRADE FINANCIAL logo is a trademark of E✶TRADE FINANCIAL Corp.

**Continued on next page**

3

# E✱TRADE
# FINANCIAL

**OPTIONS TRADING APPLICATION**
**FOR BUSINESS ACCOUNTS**

E✱TRADE Securities LLC
P.O. Box 9206
Boston, MA 02205-9206

**Complete this form if you would like to apply to add options trading capability to your account.**
Visit etrade.com/options to learn more about the risks and rewards of options trading.

**Options Activity** (select only one)
If no box is selected, you will be considered for the options trading level that we, at our discretion, deem suitable for you based on the other information you have provided.

☐ Level One: Write Covered Calls  ☐ Level Two: Level One +  ☒ Level Three: Level Two +
(Non-custodial retirement plan ac-  Purchases/Covered Puts  Spreads/Uncovered Equity Puts
counts are eligible for Level One only.)

| **Primary Authorized Person** | **Co-Authorized Person If Applicable** |
|---|---|
| Any section left blank will be assumed to be zero or none. | Any section left blank will be assumed to be zero or none. |

| **Options Investment Knowledge** | **Options Investment Knowledge** |
|---|---|
| ☐ None  ☐ Limited  ☐ Good  ☒ Excellent | ☐ None  ☐ Limited  ☐ Good  ☒ Excellent |

| **Options Trading Experience** | **Options Trading Experience** |
|---|---|
| ☐ None  ☒ Covered call writing  ☐ Covered puts | ☐ None  ☒ Covered call writing  ☐ Covered puts |
| ☒ Purchases  ☒ Spreads  ☐ Uncovered puts | ☒ Purchases  ☒ Spreads  ☐ Uncovered puts |

| **Any section left blank will be assumed to be zero or more** | **Any section left blank will be assumed to be zero or more** |
|---|---|

| **Years of Experience** | **Years of Experience** |
|---|---|
| Stocks: _18_ yrs.  Bonds: ____ yrs.  Options: _8_ yrs. | Stocks: _23_ yrs.  Bonds: ____ yrs.  Options: _12_ yrs. |

**Total Transactions per Year**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Stocks** | **Bonds** | **Options** | **Stocks** | **Bonds** | **Options** | |
| ☐ 0–9 | ☒ 0–9 | ☐ 0–9 | ☐ 0–9 | ☒ 0–9 | ☐ 0–9 | |
| ☐ 10–14 | ☐ 10–14 | ☐ 10–14 | ☐ 10–14 | ☐ 10–14 | ☐ 10–14 | |
| ☐ 15–24 | ☐ 15–24 | ☐ 15–24 | ☐ 15–24 | ☐ 15–24 | ☐ 15–24 | |
| ☐ 25–74 | ☐ 25–74 | ☐ 25–74 | ☒ 25–74 | ☐ 25–74 | ☐ 25–74 | |
| ☒ 75+ | ☐ 75+ | ☒ 75+ | ☐ 75+ | ☐ 75+ | ☒ 75+ | |

| **Average Transaction Size** | **Average Transaction Size** |
|---|---|
| ☐ 0–$9,999  ☒ $10,000–$24,999  ☐ $25,000+ | ☐ 0–$9,999  ☐ $10,000–$24,999  ☒ $25,000+ |

**Read and sign below to apply to trade options.**
**Important:** You must also sign in section 8 of the Business Account Application before we can open your account. You cannot use this application to upgrade an existing account. If you would like to add options trading capability to an existing account, please use the Margin/Option Upgrade Form, which can be found online at etrade.com/forms.

I agree not to enter into any options transactions until I have received, read, and understood the disclosure document entitled *Characteristics and Risks of Standardized Options*, which can be found at etrade.com/optionsagree. I am aware of the special risks and obligations of options trading. I have read, understood, and agree to be bound by the options trading terms and conditions outlined in section 10 of the E✱TRADE Securities Customer Agreement, which can be found at etrade.com/custagree. I also agree that I am bound by it as it is currently in effect and as it is amended from time to time.

| Signature of Primary Authorized Person | Date 6-22-04 | X Signature of Co-Authorized Person | Date 6/22/04 |
|---|---|---|---|

**For E✱TRADE Securities Use Only:**

I have reviewed this application and believe the account is suitable for: ☐ Margin ☐ Cash  ☐ Approved

☐ Options Level One  ☐ Options Level Two  ☐ Options Level Three  ☐ Approved  Date

System response and account access times may vary due to a variety of factors, including trading volumes, market conditions, and system performance.

The E✱TRADE FINANCIAL family of companies provides financial services that include brokerage, banking, and lending. E✱TRADE Securities LLC, Member NASD/SIPC, offers securities products and services that are not FDIC insured and not guaranteed deposits or obligations of E✱TRADE Bank. Investments are subject to risk, including possible loss of principal invested. E✱TRADE Bank and E✱TRADE Securities LLC are separate but affiliated companies. Accounts are carried by an affiliate, E✱TRADE Clearing LLC, Member NYSE/NASD/SIPC. Banking and lending products and services are offered by E✱TRADE Bank, a federal savings bank, Member FDIC, or its subsidiaries.

© 2004 E✱TRADE FINANCIAL Corp. All rights reserved. E✱TRADE FINANCIAL is a registered trademark and the E✱TRADE FINANCIAL logo is a trademark of E✱TRADE FINANCIAL Corp.

00164 (2/04) BUSINESS ACCOUNT APPLICATION

# E✶TRADE FINANCIAL

## Investment Club Account Agreement

E✶TRADE Securities LLC
P.O. Box 9206
Boston, MA 02205-9206

**REDACTED**

Questions? E-mail us through *etrade.com* or call 1-800-786-2575
24 hours a day, 7 days a week.

Instructions: The investment club designates up to two authorized agents ("Agents"), who must complete pages 1 and 2. Remaining club members ("Members") must read page 1 and then complete and sign page 2.

## 1. Account Holder

| E✶TRADE Securities Brokerage Account Number (if known) | | | | | | | Taxpayer ID Number |
|---|---|---|---|---|---|---|---|

The undersigned Agents and Members jointly and severally represent and warrant to E✶TRADE Securities LLC that they are of legal age to contract in their state of residence and that they constitute the entire membership in an investment club known as:

**RJM Investments**

(hereinafter called the "Club") and authorize E✶TRADE Securities to open a securities account (hereinafter called the "Account") for the Club.

☒ **Cash only. If this box is not checked, the Club understands that this Account, if approved, will be opened as a margin account.**

The undersigned Agents, each of whom is signing this Agreement, concur that each Agent shall have the authority:

- to buy, sell, endorse, and otherwise deal in, through E✶TRADE Securities as broker, securities on margin (if the account is approved for margin trading by E✶TRADE Securities);
- to buy, sell, endorse, and otherwise deal in, through E✶TRADE Securities as broker, options contracts (if the account is approved for options trading by E✶TRADE Securities);
- to receive confirmations, statements, and communications of every kind related to the Account;
- to receive and to dispose of money, securities, and/or other property in the Account; and
- to generally deal with E✶TRADE Securities as if each Agent alone were the sole owner of the Account, all without notice to the other Agent(s) and/or Members of the Club. The Agent(s) and Members further agree that notice to any one Agent shall be deemed notice to all Agents and Members.

E✶TRADE Securities may conclusively assume that all action taken and instructions given by an Agent have been properly taken or given pursuant to authority vested in him/her by all of the Members. E✶TRADE Securities is authorized to follow the instructions of the Agent(s), but of no one else, in every respect concerning the Account, and E✶TRADE Securities is authorized to make delivery of securities or payment of monies to

**RJM Investments** *[specify name of Club or Agent]*

at **5405 N. Clark, Chicago, IL 60640** *[specify address]*.

E✶TRADE Securities shall be under no obligation to inquire into the purpose of any demand for delivery of securities and/or payments. In case of conflicting instructions given by the Agent(s), E✶TRADE Securities is authorized to disregard all instructions given until the conflict has been resolved.

The undersigned Agent(s) and Members agree that they shall be jointly and severally liable for the Account.

In order to induce E✶TRADE Securities to open the Account, each of the undersigned, jointly and severally, on behalf of him/herself, his/her legal representatives, heirs, and assigns, agrees to indemnify E✶TRADE Securities and hold E✶TRADE Securities harmless from and against any and all actions, liability, loss, cost, and expense incurred by reason of any act or omission by E✶TRADE Securities in reliance on the terms of this Agreement, or any instruction given or documents executed by the Agent(s).

In the event of any failure to indemnify E✶TRADE Securities and hold E✶TRADE Securities harmless pursuant to the foregoing, E✶TRADE Securities shall be entitled to protect itself with assets from the Account. E✶TRADE Securities shall have a continuing lien upon all assets of the Account for any and all sums that are or may hereafter become owing to E✶TRADE Securities. The undersigned agree and warrant that no new member shall be admitted to the Club until he or she has adopted and agreed to be bound by this Agreement.

The undersigned agree that in the event of the retirement, death, or legal incapacity of any of the undersigned, the remaining Agent(s) and/or Members of the Club shall immediately give E✶TRADE Securities written notice thereof. E✶TRADE Securities may, before or after receiving such notice, take such proceedings, require such papers, retain such portion or all of, and/or restrict transactions in the Account as E✶TRADE Securities, in its sole discretion, may deem advisable to protect itself against any loss, liability, tax, or penalty under any present or future law or otherwise. The estate of any of the undersigned who die shall be liable, and each survivor shall continue to be jointly and severally liable, to E✶TRADE Securities on the foregoing indemnity and for any debit balance or loss in said Account resulting from the completion of transactions initiated prior to the receipt by E✶TRADE Securities of written notice of the death of the decedent or incurred in the liquidation of the Account or the adjustment of the interests of the respective parties.

This authorization and indemnity shall inure to the benefit of E✶TRADE Securities and its successors in business, irrespective of any change(s) of any kind in the personnel thereof for any cause whatsoever.

| X _(signature)_ | 6-22-04 | X _(signature)_ | 6/22/04 |
|---|---|---|---|
| SIGNATURE OF AUTHORIZED AGENT | DATE | SIGNATURE OF AUTHORIZED CO-AGENT | DATE |

The following individuals have been granted the authority to trade on behalf of the Club:

| X _(signature)_ | | X _(signature)_ | |
|---|---|---|---|
| SIGNATURE | | SIGNATURE | |
| Jon E. Vithey | 6.22.04 | Mark R Veholeye | 6/22/04 |
| PRINTED NAME | DATE | PRINTED NAME | DATE |

## 2. Member Information

| Printed Name of Member | Printed Name of Member |
|---|---|
| Jon E. Withey | Mark Vehslage |
| Mailing Address | Mailing Address |
| 5405 N. Clark St | 5405 N. Clark St |
| City: Chicago  State/Province: IL  ZIP/Postal Code/Country: 60640 | City: Chicago  State/Province: IL  ZIP/Postal Code/Country: 60640 |
| X (signature) | X (signature) |
| SIGNATURE OF MEMBER | SIGNATURE OF MEMBER |

| Printed Name of Member | Printed Name of Member |
|---|---|
| Richard Schripsema | |
| Mailing Address | Mailing Address |
| 5405 N. Clark St | |
| City: Chicago  State/Province: IL  ZIP/Postal Code/Country: 60640 | City:  State/Province:  ZIP/Postal Code/Country: |
| X (signature) | X |
| SIGNATURE OF MEMBER | SIGNATURE OF MEMBER |

| Printed Name of Member | Printed Name of Member |
|---|---|
| | |
| Mailing Address | Mailing Address |
| City:  State/Province:  ZIP/Postal Code/Country: | City:  State/Province:  ZIP/Postal Code/Country: |
| X | X |
| SIGNATURE OF MEMBER | SIGNATURE OF MEMBER |

| Printed Name of Member | Printed Name of Member |
|---|---|
| | |
| Mailing Address | Mailing Address |
| City:  State/Province:  ZIP/Postal Code/Country: | City:  State/Province:  ZIP/Postal Code/Country: |
| X | X |
| SIGNATURE OF MEMBER | SIGNATURE OF MEMBER |

## 3. How to Add and Delete Investment Club Members and Authorized Agents

**To Add a Member:** Send us the details in a letter of agreement signed by at least one of the authorized agents. Include the printed name, address, and signature of the new member.

**To Delete a Member:** Send us the details in a letter of agreement signed by at least one of the authorized agents.

**To Add an Authorized Agent:** Your club will need to complete a new Account Application and Investment Club Account Agreement. All agents and members will need to sign the new Investment Club Account Agreement.

**To Delete an Authorized Agent:** Send us the details in a notarized Letter of Agreement signed by all of the remaining Authorized agents.

*Note:* Please write the investment club name and account number (if known) on all checks.

Send completed Investment Club Account Agreement to: P.O. Box 8160, Boston, MA 02205-9206.

Not FDIC insured. No bank guarantee. May lose value.

© 2002 E*TRADE Securities LLC, member NASD/SIPC. Accounts are carried by an affiliate, E*TRADE Clearing LLC, member NYSE/NASD/SIPC. All rights reserved.

# EXHIBIT D

**REDACTED**

**May 1, 2008 - May 31, 2008**
**Account Number:**
**Account Type:**    INVESTMENT CLUB

**E*TRADE Securities LLC**
PO Box 1542
Merrifield, VA 22116
1-800-ETRADE-1 (1-800-387-2331)
etrade.com Member FINRA/SIPC

**Customer Update:**
**Refer a friend and reward yourself!**
**Earn up to $300 in your E*TRADE**
**Securities Account.**
Enroll today at
**www.etrade.com/referafriend.**

**IMPORTANT INFORMATION:**

**New Retirement** *QuickPlan.*
4 Steps. 10 Minutes. A Real Plan.
Try it today!
Visit **www.etrade.com/quickplan.**

RJM INVESTMENTS
MARK R. VEHSLAGE
2232 SANTA BARBARA STREET
SANTA BARBARA CA  93105-3546

E*TRADE Complete™ Investment Account

E*TRADE FINANCIAL®
Trading • Investing • Banking • Lending

## Account At A Glance



**$1,022,808.24**

**$984,786.44**

**As of 04/30/08**

**As of 05/31/08**

Securities products and services are offered by E*TRADE
Securities LLC. Sweep Deposit Account is a bank deposit
account with E*TRADE Bank, a Federal savings bank,
Member FDIC.  IRA, Keogh and certain other retirement
sweep deposit accounts at each bank are FDIC-insured
up to a maximum of $250,000; other types of accounts are
FDIC-insured up to a maximum of $100,000.  Securities
products and cash balances other than Sweep Deposit
Account funds are not FDIC-insured, are not guaranteed
deposits or obligations of E*TRADE Bank, and are subject
to investment risk, including possible loss of the
principal invested.

| Net Change: | $-38,021.80 |
|---|---|

▲ DETACH HERE

RJM INVESTMENTS
MARK R. VEHSLAGE
2232 SANTA BARBARA STREET
SANTA BARBARA CA  93105-3546

Make checks payable to E*TRADE Clearing LLC.

Mail deposits to:

E*TRADE CLEARING LLC
P.O. Box 1542
Merrifield, VA  22116-1542

DETACH HERE ▲

**Use This Deposit Slip**      **Acct:**

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

Please refer to the E*TRADE Securities Brokerage Customer Agreement for a complete discussion of the terms and conditions governing your account. If you have questions regarding the Customer Agreement or your account, please e-mail us through etrade.com or call 1-800-ETRADE1.
THE INFORMATION CONTAINED IN YOUR ACCOUNT STATEMENT SHALL BE BINDING UPON YOU IF YOU DO NOT OBJECT, EITHER IN WRITING OR VIA ELECTRONIC MAIL, WITHIN FIVE (5) DAYS AFTER THE ACCOUNT STATEMENT IS FIRST RECEIVED BY YOU, OR WITHIN SIXTY (60) DAYS FOR ANY TRANSFER OF FUNDS SUBJECT TO REGULATION E, SUCH AS ATM AND POINT-OF-SALE TRANSFERS, DEBIT TRANSACTIONS, DIRECT DEPOSITS, AND WITHDRAWALS.
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, DIRECT INQUIRIES TO 1-800-ETRADE1 OR WRITE TO US AT E*TRADE SECURITIES LLC, P.O. BOX 1542, MERRIFIELD, VA 22116-1542.

**Applicable Rules and Regulations.** All transactions in your account shall be subject to the constitution, rules, regulations, customs, and usages of the exchange or market, and its clearing house, where the transactions are executed by E*TRADE Clearing LLC (ETC) or its agents, including ETC subsidiaries and affiliates. Also, where applicable, the transactions shall be subject to the provisions of the Securities Act of 1933, as amended, the Securities Exchange Act of 1934, as amended, and the rules and regulations of the Securities and Exchange Commission ("SEC"), the Board of Governors of the Federal Reserve System, and any applicable self-regulatory organization.

**Securities Pricing.** The amounts printed in the market value column of the Account Holdings section, or any amounts derived there from, are based on U.S. month end prices and are provided to us by outside quotation services for the securities currently held by us in your account. Prices of municipal bonds, certain over-the-counter securities, and federal obligations are approximations and are only for quotation purposes. The prices used are based on the last reported transaction known to the quotation services or of the yields or values that are calculated on the basis of these prices. The value of brokered CDs reflected on this statement is estimated by a third-party pricing service. Actual value may differ if you elect to sell your CD(s) in the secondary market.

**Interest/Dividends.** We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest, dividends, and capital gains credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

**SIPC and Other Insurance Coverage.** ETC is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the assets in each of your securities accounts at ETC up to $500,000, of which no more than $100,000 may be in cash. Visit www.sipc.org or call (202) 371-8300 for more information including a brochure on SIPC protection. (Please note that money market mutual fund balances are not considered cash; they are considered to be securities.) Additional protection has been secured through an independent insurer. Account protection does not cover the market risks associated with investing.

**Trading in non-U.S. Markets.** Investing outside the United States involves additional risks related to currency fluctuations, economic and political differences and differences in accounting standards. In order to trade in non-U.S. markets, you first must either: (1) convert U.S. dollars held in your account to the applicable currency of the non-U.S. market in which you wish to trade; or (2) transfer into your account the applicable non-U.S. currency. Currency exchanges are affected by affiliates of ETC on a principal basis, and may include a mark-up or mark-down, as appropriate. You should be aware that more favorable exchange rates may be available through third parties not affiliated with ETC. These currency transactions are not regulated or overseen by the SEC or the Commodities Futures Trading Commission, or any of the securities or commodities self-regulatory organizations. Securities trades executed on a non-U.S. exchange will be effected by one or more affiliates of ETC, which may be compensated for their services.

**Payment for Order Flow.** The SEC (as well as the FINRA) requires that all broker-dealers inform their customers when a new account is opened, and on an annual basis thereafter, of payment for order flow practices (compensation received for placing orders through specialists on national

securities exchanges, over-the-counter market makers, alternative trading systems, and ECN's(collectively, "market centers")). Consistent with the overriding principle of best execution, ETC, at the direction of its affiliate E*TRADE Securities LLC ("ETS"), routes orders to various market centers. ETS, through ETC, receives remuneration (generally in the form of per share cash payments or through profit sharing arrangements) for routing orders in securities to particular market centers for execution. Such remuneration is considered compensation to ETS, and the source and amount of any compensation received in connection with your transaction will be disclosed to you upon written request. E*TRADE Financial Corp. has a financial interest in ISE Stock Exchange, LLC, CHX Holdings, Inc. (owner and operator of the Chicago Stock Exchange) and a market marker subsidiary (E*TRADE Capital Markets). ETS takes a number of factors into consideration in determining where to route customers' orders, including, but not limited to: speed of execution; price improvement opportunities (executions at prices superior to the then prevailing inside market); automatic execution guarantees; the availability of efficient and reliable order handling systems; level of service provided; the cost of executing orders; and, all other factors being equal, whether or not it will receive cash or non-cash payments for routing order flow and reciprocal business arrangements. ETC and ETS regularly and rigorously review transactions and market centers for execution quality based on the foregoing factors.

**Margin Accounts.** Whether a purchase may be made on margin, how much of the purchase price must be in your account at the time you place your order, and your margin maintenance requirements are determined by the Federal Reserve Board ("FRB"), by applicable exchange rules and by ETC. For our protection, we reserve the right, at any time and without prior notice to you, to impose stricter requirements than those imposed by the FRB or applicable exchange rules. You will be charged interest on a daily basis on all debit balances that you owe to ETC and on credit extended to you by ETC for the purpose of purchasing, carrying, or trading in securities or otherwise. Interest is calculated on a 360-day basis using settlement date balances. The applicable interest rate for margin loans is a fixed percentage above ETC's Base Rate, which is set at our discretion with reference to commercially recognized interest rates. The margin interest rate will change without prior notice as the Base Rate changes. Information about ETC's Base Rate is available upon written request to ETC. For more information on how ETC calculates interest, please see the E*TRADE Securities Brokerage Customer Agreement.

**Cash Balances.** Any cash balances are held unsegregated and may be used by ETC in the conduct of its business, subject to the limitations of Rule 15c3-3 under the Securities Exchange Act of 1934. ETC reserves the right to require seven days' prior notice before permitting a withdrawal or transfer of funds from the time sub-account of my Cash Balance. ETC has no present intention of exercising this provision. However, ETC may, at its sole discretion, choose to do so in the future.

**Options Trading.** If you are approved for options trading, you are responsible for advising ETC of any material changes in your investment objectives or financial situation.

**Random Allocation of Options Exercise Notices.** Exercise assignment notices for options contracts are allocated among customer short options positions in accordance with a random allocation method. A detailed description of ETC's random allocation method is available upon request.

**Financial Statement.** A financial statement of ETC is available for your inspection at etrade.com or will be mailed to you upon your written request.

ETC is an indirect subsidiary of E*TRADE Financial Corporation.

---

### General Information

**This Statement's Closing Equity.** Market value of all long positions less the market value of all short positions, plus or minus the dollar amount of the net closing money balance.

**Net Change in Equity.** The difference between this statement's closing equity and last statement's closing equity.

**Margin Interest.** Interest expense charges on the daily debit balance in your account.

**Market Value.** The closing price of each security position as of the last business day of the month. (Market value of some positions may be omitted.)

**Money Activity Summary.** Total debit (such as purchases, withdrawals, margin interest charges) and total credits (such as sales, deposits, interest, or dividend income) to your account, along with the Combined Opening and Combined Closing balances, are reflected as of the last business day of the statement period.

**Activity/Trade Date.** Trade date or transaction date of other entries.

**Total Portfolio Percent.** Percentage of your holding by issue of security.

**DIV/CPN% Yield.** Annual dividend or bond % yield.

**Open Orders.** Buy or sell orders for securities that have not yet been executed or canceled.

**Symbol/CUSIP.** The symbol or identification number for each security.

**REDACTED**



# E✱TRADE
## FINANCIAL®
Trading • Investing • Banking • Lending

# E✱TRADE Complete™
Investment Account

**Statement Period :** May 1, 2008 - May 31, 2008

**Account Number:**

**Account Type:** INVESTMENT CLUB

### Customer Update:

Secure your security. Make sure your email address is up to date. Verify now on the **My Info** page within the **Accounts** section of your online account.

## ACCOUNT OVERVIEW

| | |
|---|---|
| Last Statement Date: | April 30, 2008 |
| Beginning Account Value(On 04/30/08): | $ 1,022,808.24 |
| Ending Account Value(On 05/31/08): | $ 984,786.44 |
| Net Change: | $ -38,021.80 |

For current rates, please visit **www.etrade.com/rates**

## ASSET ALLOCATION (AS OF 05/31/08)

0.11% - Mutual Funds

99.89% - Stocks, Options & ETF (Long)

## ACCOUNT VALUE SUMMARY

| | AS OF 05/31/08 | AS OF 04/30/08 | % CHANGE |
|---|---|---|---|
| Margin Balance | $ 21,430.20 | $ 136,032.56 | -84.24% |
| **Total Cash/Margin Debt** | $ 21,430.20 | $ 136,032.56 | -84.25% |
| Stocks, Options & ETF (Long) | $ 962,307.67 | $ 885,751.94 | 8.64% |
| Mutual Funds | $ 1,048.57 | $ 1,023.74 | 2.43% |
| **Total Value of Securities** | $ 963,356.24 | $ 886,775.68 | 8.64% |
| **Net Account Value** | $ 984,786.44 | $1,022,808.24 | -3.72% |

E✱TRADE Clearing LLC (ETC), member NYSE/FINRA/SIPC, carries your account and acts as your custodian for funds and securities deposited with us directly by you, through E✱TRADE Securities or as a result of transactions we process for your account. Any inquiry regarding positions and balances only may be directed to ETC at 201-308-4985. All other inquiries regarding your account or the activity therein should be directed to E✱TRADE Securities LLC at 800-ETRADE-1. Please report promptly any inaccuracy or discrepancy in your account to both E✱TRADE Securities LLC and E✱TRADE Clearing LLC. You should re-confirm any oral communications in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA).

**REDACTED**

# E*TRADE FINANCIAL
Trading • Investing • Banking • Lending

**E*TRADE Complete™**
Investment Account

Account Number:

**Statement Period :** May 1, 2008 - May 31, 2008

**Account Type:** INVESTMENT CLUB

## NET ACCOUNT VALUE BY MONTH END



| | MAY-07 | JUN-07 | JUL-07 | AUG-07 | SEP-07 | OCT-07 | NOV-07 | DEC-07 | JAN-08 | FEB-08 | MAR-08 | APR-08 | MAY-08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | -0.44% | -3.67% | -5.61% | -4.96% | 6.51% | -1.13% | -8.63% | -3.61% | -8.06% | -2.14% | -10.73% | -12.02% | -3.72% |

## ACCOUNT TRANSACTION SUMMARY

| DESCRIPTION | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Securities Purchased | $ -171,829.24 | $ -1,267,699.60 |
| Securities Sold | $ 126,188.52 | $ 1,695,153.17 |
| Interest Received | | |
| Taxable | $ 82.87 | $ 210.18 |
| Dividends Received | | |
| Taxable | $ 770.27 | $ 6,535.09 |
| Margin Interest | $ 0.00 | $ -20.02 |
| Master Limited Partnerships | $ 64.00 | $ 674.00 |

## TOP 10 ACCOUNT HOLDINGS  (AS OF 05/31/08)



- 58.31% - OTHER
- 13.21% - SRS
- 4.77% - BUD
- 4.19% - MTL
- 4.12% - ADM
- 3.31% - RTN
- 3.14% - CONS
- 3.08% - MCD
- 2.99% - ESRX
- 2.87% - GILD

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 4 OF 13



**E✱TRADE**
**FINANCIAL®**
Trading • Investing • Banking • Lending

E✱TRADE Complete™
Investment Account

**Account Number:**

**Statement Period :** May 1, 2008 - May 31, 2008

**Account Type:** INVESTMENT CLUB

## ACCOUNT HOLDINGS

### STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (99.89% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ***CHINA YUCHAI INTERNATIONAL LTD | CYD | Margin | 1,000 | 11.2500 | 11,250.00 | 1.17 | 120.00 | 1.07% |
| ***NOBLE CORP | NE | Margin | 300 | 63.1400 | 18,942.00 | 1.97 | 48.00 | 0.25% |
| ***QIAGEN NV EUR 0.01 (NASDAQ LISTED) NEW | QGEN | Margin | 100 | 19.9100 | 1,991.00 | 0.21 | | |
| ***ABB LTD SPONSORED ADR | ABB | Margin | 100 | 32.4800 | 3,248.00 | 0.34 | | |
| ***AGNICO EAGLE MINES LTD | AEM | Margin | 5 | 70.6900 | 353.45 | 0.04 | 1.00 | 0.28% |
| AMERIGAS PARTNERS LP UNITS LTD PARTNERSHIP INT | APU | Margin | 100 | 34.2800 | 3,428.00 | 0.36 | 256.00 | 7.47% |
| ***ANGLO AMERICAN PLC ADR NEW | AAUK | Margin | 50 | 34.2800 | 1,714.00 | 0.18 | 29.00 | 1.69% |
| ANHEUSER BUSCH COMPANIES INC | BUD | Margin | 800 | 57.4600 | 45,968.00 | 4.77 | 1,056.00 | 2.30% |
| ANTIGENICS INC DEL | AGEN | Margin | 100 | 2.3100 | 231.00 | 0.02 | | |
| APACHE CORP | APA | Margin | 100 | 134.0600 | 13,406.00 | 1.39 | 60.00 | 0.45% |
| ARCHER-DANIELS-MIDLAND CO | ADM | Margin | 1,000 | 39.7000 | 39,700.00 | 4.12 | 520.00 | 1.31% |
| ***BARRICK GOLD CORP | ABX | Margin | 50 | 40.2900 | 2,014.50 | 0.21 | 20.00 | 0.99% |
| ***BHP BILLITON LTD SPONSORED ADR | BHP | Margin | 300 | 84.3400 | 25,302.00 | 2.63 | 336.00 | 1.33% |
| CELGENE CORP | CELG | Margin | 200 | 60.8600 | 12,172.00 | 1.26 | | |
| CHESAPEAKE ENERGY CORP | CHK | Margin | 500 | 54.7700 | 27,385.00 | 2.84 | 135.00 | 0.49% |
| ***CHINA MED TECHNOLOGIES INC SPONSORED ADR | CMED | Margin | 100 | 39.4300 | 3,943.00 | 0.41 | 38.00 | 0.96% |
| CHURCH & DWIGHT CO INC | CHD | Margin | 100 | 56.9300 | 5,693.00 | 0.59 | 32.00 | 0.56% |
| ***COCA-COLA FEMSA SAB DE CV SPONSORED ADR REPSTG 10 L SHS | KOF | Margin | 100 | 62.4000 | 6,240.00 | 0.65 | 48.00 | 0.77% |

E✱TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 5 OF 13



**E*TRADE FINANCIAL®**
Trading • Investing • Banking • Lending

**E*TRADE Complete™**
Investment Account

**Account Number:**

**Statement Period :** May 1, 2008 - May 31, 2008

**Account Type:** INVESTMENT CLUB

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ***COMPANHIA VALE DO RIO DOCE SPONSORED ADR | RIO | Margin | 400 | 39.7800 | 15,912.00 | 1.65 | 47.00 | 0.30% |
| CONOCOPHILLIPS | COP | Margin | 100 | 93.1000 | 9,310.00 | 0.97 | 188.00 | 2.02% |
| CONVERA CORP CL A | CNVR | Margin | 100 | 1.3900 | 0.00 | 0.00 | | |
| CONVERGYS CORP | CVG | Margin | 100 | 16.1300 | 1,613.00 | 0.17 | | |
| COVANTA HOLDING CORPORATION | CVA | Margin | 100 | 27.9700 | 2,797.00 | 0.29 | | |
| CRAY INC | CRAY | Margin | 50 | 6.2300 | 311.50 | 0.03 | | |
| DECODE GENETICS INC | DCGN | Margin | 100 | 1.1600 | 116.00 | 0.01 | | |
| DEERE & CO | DE | Margin | 300 | 81.3400 | 24,402.00 | 2.53 | 336.00 | 1.38% |
| DEVON ENERGY CORPORATION NEW | DVN | Margin | 100 | 115.9400 | 11,594.00 | 1.20 | 64.00 | 0.55% |
| ***DR REDDYS LABS LTD ADR | RDY | Margin | 200 | 16.2700 | 3,254.00 | 0.34 | 15.00 | 0.46% |
| DUKE ENERGY CORPORATION (HOLDING COMPANY) NEW | DUK | Margin | 500 | 18.4800 | 9,240.00 | 0.96 | 440.00 | 4.76% |
| ***ELAN CORP PLC-ADR | ELN | Margin | 200 | 25.0400 | 5,008.00 | 0.52 | | |
| ***ENCANA CORP | ECA | Margin | 100 | 90.3700 | 9,037.00 | 0.94 | 160.00 | 1.77% |
| ENGLOBAL CORPORATION | ENG | Margin | 100 | 10.2700 | 1,027.00 | 0.11 | | |
| EXPRESS SCRIPTS INC COMMON | ESRX | Margin | 400 | 72.1100 | 28,844.00 | 2.99 | | |
| FREEPORT MCMORAN COPPER & GOLD INC | FCX | Margin | 100 | 115.7100 | 11,571.00 | 1.20 | 175.00 | 1.51% |
| GILEAD SCIENCES INC | GILD | Margin | 500 | 55.3200 | 27,660.00 | 2.87 | | |
| ***GOLDCORP INC NEW | GG | Margin | 100 | 40.1400 | 4,014.00 | 0.42 | 18.00 | 0.45% |
| HOME SOLUTIONS OF AMERICA INC | HSOA | Margin | 100 | 0.7000 | 70.00 | 0.01 | | |
| INTERNATIONAL COAL GROUP INC NEW | ICO | Margin | 2,000 | 10.0700 | 20,140.00 | 2.09 | | |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 6 0F 13

**REDACTED**



**E✱TRADE**
FINANCIAL®
Trading • Investing • Banking • Lending

**E✱TRADE Complete™**
Investment Account

**Account Number:**

**Statement Period :** May 1, 2008 - May 31, 2008

**Account Type:** INVESTMENT CLUB

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| ISHARES INC MSCI CDA INDEX FD(BOOK ENTRY) | EWC | Margin | 500 | 35.0100 | 17,505.00 | 1.82 | 195.00 | 1.11% |
| ISHARES INC MSCI MALAYSIA FREE INDEX FD (BOOK ENTRY) | EWM | Margin | 200 | 11.6300 | 2,326.00 | 0.24 | 81.00 | 3.48% |
| ISHARES INC MSCI HONG KONG INDEX FD (BOOK ENTRY) | EWH | Margin | 100 | 19.4100 | 1,941.00 | 0.20 | 38.00 | 1.96% |
| JDA SOFTWARE GROUP INC | JDAS | Margin | 100 | 20.4000 | 2,040.00 | 0.21 | | |
| ***LIHIR GOLD LTD SPONSORED ADR | LIHR | Margin | 100 | 28.7900 | 2,879.00 | 0.30 | | |
| MARKET VECTORS ETF TR AGRIBUSINESS ETF | MOO | Margin | 250 | 62.7000 | 15,675.00 | 1.63 | | |
| MCDONALDS CORP | MCD | Margin | 500 | 59.3200 | 29,660.00 | 3.08 | 750.00 | 2.53% |
| ***MECHEL OAO SPONSORED ADR | MTL | Margin | 700 | 57.6200 | 40,334.00 | 4.19 | 450.00 | 1.12% |
| MEDCO HEALTH SOLUTIONS INC | MHS | Margin | 100 | 48.4500 | 4,845.00 | 0.50 | | |
| MONSANTO CO NEW | MON | Margin | 100 | 127.4000 | 12,740.00 | 1.32 | 70.00 | 0.55% |
| MOSAIC CO | MOS | Margin | 100 | 125.3200 | 12,532.00 | 1.30 | | |
| NATIONAL-OILWELL VARCO INC | NOV | Margin | 300 | 83.3200 | 24,996.00 | 2.59 | | |
| ***NOKIA CORPORATION SPONSORED ADR REPSTG 1 SER A FM 5 PAR | NOK | Margin | 100 | 28.4000 | 2,840.00 | 0.29 | 60.00 | 2.11% |
| NUCOR CORP | NUE | Margin | 250 | 74.8000 | 18,700.00 | 1.94 | 320.00 | 1.71% |
| OCCIDENTAL PETE CORP | OXY | Margin | 100 | 91.9300 | 9,193.00 | 0.95 | 128.00 | 1.39% |
| OCEANEERING INTERNATIONAL INC | OII | Margin | 300 | 71.3600 | 21,408.00 | 2.22 | | |
| ONEOK INC NEW | OKE | Margin | 500 | 50.0600 | 25,030.00 | 2.60 | 760.00 | 3.04% |
| ***PENN WEST ENERGY TRUST UNITS | PWE | Margin | 200 | 32.8900 | 6,578.00 | 0.68 | 812.00 | 12.34% |

E✱TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 7 OF 13

**E*TRADE FINANCIAL**®
Trading • Investing • Banking • Lending

**E*TRADE Complete™**
Investment Account

**Account Number:**

**Statement Period :** May 1, 2008 - May 31, 2008

**Account Type:** INVESTMENT CLUB

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| PHILIP MORRIS INTERNATIONAL INC | PM | Margin | 250 | 52.6600 | 13,165.00 | 1.37 | | |
| PIONEER NATURAL RESOURCES CO | PXD | Margin | 200 | 71.7900 | 14,358.00 | 1.49 | 56.00 | 0.39% |
| POTLATCH CORPORATION NEW | PCH | Margin | 8.362 | 48.3400 | 404.22 | 0.04 | 17.00 | 4.21% |
| POWERSHARES DB MULTI-SECTOR COMMODITY TR POWER SHARES DB AGRICULTURE FUND ETF | DBA | Margin | 100 | 35.3500 | 3,535.00 | 0.37 | | |
| PRIDE INTERNATIONAL INC DEL | PDE | Margin | 500 | 43.9400 | 21,970.00 | 2.28 | | |
| PROCTER & GAMBLE CO | PG | Margin | 100 | 66.0500 | 6,605.00 | 0.69 | 160.00 | 2.42% |
| PROSHARES TRUST ULTRASHORT REAL ESTATE PROSHARES | SRS | Margin | 1,500 | 84.8300 | 127,245.00 | 13.21 | 2,465.00 | 1.94% |
| RAYONIER INC REIT | RYN | Margin | 100 | 47.4600 | 4,746.00 | 0.49 | 200.00 | 4.21% |
| RAYTHEON CO COM NEW | RTN | Margin | 500 | 63.8600 | 31,930.00 | 3.31 | 560.00 | 1.75% |
| SALESFORCE.COM INC | CRM | Margin | 100 | 72.3100 | 7,231.00 | 0.75 | | |
| ***SEABRIDGE GOLD INC | SA | Margin | 100 | 23.1700 | 2,317.00 | 0.24 | | |
| STRYKER CORP | SYK | Margin | 100 | 64.5500 | 6,455.00 | 0.67 | 33.00 | 0.51% |
| THORNBURG MORTGAGE INC | TMA | Margin | 1,000 | 0.7900 | 790.00 | 0.08 | | |
| 3COM CORP | COMS | Margin | 12,000 | 2.5200 | 30,240.00 | 3.14 | | |
| UNITED ONLINE INC | UNTD | Margin | 100 | 12.2300 | 1,223.00 | 0.13 | 80.00 | 6.54% |
| VAALCO ENERGY INC NEW | EGY | Margin | 3,000 | 7.3600 | 22,080.00 | 2.29 | | |
| XTO ENERGY INC | XTO | Margin | 100 | 63.6200 | 6,362.00 | 0.66 | 48.00 | 0.75% |
| ***YAMANA GOLD INC | AUY | Margin | 100 | 15.2800 | 1,528.00 | 0.16 | 12.00 | 0.79% |
| **TOTAL STOCKS, OPTIONS & ETF** | | | | | **$962,307.67** | **99.89%** | **$11,437.00** | **1.19%** |

**MUTUAL FUNDS (0.11% of Holdings)**

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • 1-800-ETRADE-1 (1-800-387-2331) • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 8 OF 13



# E✳TRADE FINANCIAL®
Trading • Investing • Banking • Lending

## E✳TRADE Complete™ Investment Account

**Account Number:**

**Statement Period :** May 1, 2008 - May 31, 2008

**Account Type :** INVESTMENT CLUB

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|
| **PIMCO COMMODITY REAL RETURN STRATEGY CLASS D | PCRDX | Cash | 54.824 | 18.9700 | 1,040.01 | 0.11 | 54.00 |
| ABERDEEN ASIA PACIFIC INCOME FUND INC | FAX | Margin | 0.26 | 6.3400 | 1.65 | 0.00 | |
| TEMPLETON DRAGON FUND INC NEW-YORK LISTED | TDF | Margin | 0.24 | 28.7500 | 6.91 | 0.00 | |
| **TOTAL MUTUAL FUNDS** | | | | | **$1,048.57** | **0.11%** | **$54.00** |

**TOTAL PRICED PORTFOLIO HOLDINGS (ON 05/31/08)** $984,786.44

**TOTAL ESTIMATED ACCOUNT HOLDINGS ANNUAL INCOME** $11,491.00

## TRANSACTION HISTORY

### SECURITIES PURCHASED OR SOLD

| TRADE DATE | SETTLEMENT DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 04/29/08 13:45 | 05/02/08 | ***ANGLO AMERICAN PLC ADR NEW | AAUK | Sold | -150 | 32.0250 | | 4,795.73 |
| 04/29/08 13:43 | 05/02/08 | ***AGNICO EAGLE MINES LTD | AEM | Sold | -180 | 59.0450 | | 10,620.05 |
| 04/29/08 13:44 | 05/02/08 | ***BARRICK GOLD CORP | ABX | Sold | -7 | 37.8701 | | 257.09 |
| 04/29/08 13:44 | 05/02/08 | ***BARRICK GOLD CORP | ABX | Sold | -243 | 37.8700 | | 9,202.35 |
| 04/29/08 13:34 | 05/02/08 | CHESAPEAKE ENERGY CORP | CHK | Sold | -500 | 51.5704 | | 25,777.06 |
| 04/29/08 13:35 | 05/02/08 | MOSAIC CO | MOS | Sold | -25 | 118.3201 | | 2,957.98 |
| 04/29/08 13:35 | 05/02/08 | MOSAIC CO | MOS | Sold | -75 | 118.3200 | | 8,865.96 |
| 04/29/08 13:39 | 05/02/08 | ***MECHEL OAO SPONSORED ADR | MTL | Sold | -100 | 143.3775 | | 14,329.67 |
| 04/29/08 13:41 | 05/02/08 | THORNBURG MORTGAGE INC | TMA | Sold | -8,000 | 1.2400 | | 9,911.95 |
| 04/29/08 13:51 | 05/02/08 | 3COM CORP | COMS | Sold | -8,000 | 2.3500 | | 18,791.90 |
| 04/29/08 13:40 | 05/02/08 | XTO ENERGY INC | XTO | Sold | -150 | 61.7319 | | 9,251.74 |

E✳TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • www.etrade.com • Member FINRA/SIPC

PAGE 9 OF 13



**E*TRADE**
FINANCIAL®
Trading • Investing • Banking • Lending

**E*TRADE Complete™**
Investment Account

**Account Number:**

**Statement Period :** May 1, 2008 - May 31, 2008

**Account Type:** INVESTMENT CLUB

## SECURITIES PURCHASED OR SOLD (Continued)

| TRADE DATE | SETTLEMENT DATE | SYMBOL/ CUSIP | DESCRIPTION | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT PURCHASED | AMOUNT SOLD |
|---|---|---|---|---|---|---|---|---|
| 04/29/08 13:36 | 05/02/08 | AUY | ***YAMANA GOLD INC | Sold | -900 | 12.5610 | | 11,296.84 |
| 04/30/08 12:05 | 05/06/08 | ADM | ARCHER-DANIELS-MIDLAND CO | Bought | 500 | 44.9886 | 22,502.29 | |
| 05/08/08 11:13 | 05/13/08 | CNVR | CONVERA CORP CL A | Sold | -100 | 1.3820 | | 130.20 |
| 05/09/08 11:25 | 05/14/08 | ADM | ARCHER-DANIELS-MIDLAND CO | Bought | 500 | 42.5199 | 21,267.94 | |
| 05/20/08 11:51 | 05/23/08 | BHP | ***BHP BILLITON LTD SPONSORED ADR | Bought | 100 | 88.7100 | 8,878.99 | |
| 05/20/08 11:48 | 05/23/08 | DE | DEERE & CO | Bought | 200 | 81.2800 | 16,263.99 | |
| 05/20/08 11:54 | 05/23/08 | MTL | ***MECHEL OAO SPONSORED ADR | Bought | 100 | 54.3785 | 5,437.85 | |
| 05/20/08 11:54 | 05/23/08 | MTL | ***MECHEL OAO SPONSORED ADR | Bought | 100 | 54.3800 | 5,445.99 | |
| 05/22/08 13:47 | 05/28/08 | MTL | ***MECHEL OAO SPONSORED ADR | Bought | 100 | 51.0875 | 5,108.75 | |
| 05/22/08 13:47 | 05/28/08 | MTL | ***MECHEL OAO SPONSORED ADR | Bought | 100 | 51.0800 | 5,115.99 | |
| 05/22/08 15:06 | 05/28/08 | NOV | NATIONAL-OILWELL VARCO INC | Bought | 100 | 81.6000 | 8,160.00 | |
| 05/22/08 15:06 | 05/28/08 | NOV | NATIONAL-OILWELL VARCO INC | Bought | 200 | 81.6100 | 16,329.99 | |
| 05/23/08 14:55 | 05/29/08 | BUD | ANHEUSER BUSCH COMPANIES INC | Bought | 300 | 56.4999 | 16,957.96 | |
| 05/23/08 14:28 | 05/29/08 | NE | ***NOBLE CORP NEW | Bought | 300 | 62.6852 | 18,813.55 | |
| 05/23/08 14:19 | 05/29/08 | OII | OCEANEERING INTERNATIONAL INC | Bought | 300 | 71.7932 | 21,546.95 | |
| **TOTAL SECURITIES ACTIVITY** | | | | | | | **$171,829.24** | **$126,188.52** |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

REDACTED



**E✲TRADE Complete™**
Investment Account

**Account Number:**

**Statement Period:** May 1, 2008 - May 31, 2008

**Account Type:** INVESTMENT CLUB

## DIVIDENDS & INTEREST ACTIVITY

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/ CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|------|------------------|-------------|---------------|----------------|-----------------|
| 05/01/08 | Dividend | DEERE & CO<br>CASH DIV ON 100 SHS<br>REC 03/31/08 PAY 05/01/08 | DE | | 25.00 |
| 05/01/08 | Dividend | FREEPORT MCMORAN COPPER & GOLD INC<br>CASH DIV ON 100 SHS<br>REC 04/15/08 PAY 05/01/08 | FCX | | 43.75 |
| 05/07/08 | Dividend | ***COMPANHIA VALE DO RIO DOCE<br>SPONSORED ADR<br>AGENCY PROCESSING FEE | RIO | 2.72 | 46.73 |
| 05/07/08 | Dividend | ***COMPANHIA VALE DO RIO DOCE<br>SPONSORED ADR<br>CASH DIV ON 400 SHS<br>REC 04/16/08 PAY 05/07/08 | RIO | | |
| 05/08/08 | Dividend | ***COMPANHIA VALE DO RIO DOCE<br>SPONSORED ADR<br>AGENCY PROCESSING FEE | RIO | 3.24 | 56.04 |
| 05/08/08 | Dividend | ***COMPANHIA VALE DO RIO DOCE<br>SPONSORED ADR<br>CASH DIV ON 400 SHS<br>REC 04/16/08 PAY 05/07/08<br>FRGN-W/H@SOURCE | RIO | 8.41 | |
| 05/09/08 | Dividend | NUCOR CORP<br>CASH DIV ON 250 SHS<br>REC 03/28/08 PAY 05/09/08 | NUE | | 130.00 |
| 05/15/08 | Dividend | ONEOK INC NEW<br>CASH DIV ON 500 SHS<br>REC 04/30/08 PAY 05/15/08 | OKE | | 190.00 |
| 05/15/08 | Dividend | ****PENN WEST ENERGY TRUST UNITS<br>CASH DIV ON 200 SHS<br>REC 04/30/08 PAY 05/15/08<br>FRGN-W/H@SOURCE | PWE | 10.17 | 67.80 |
| 05/15/08 | Dividend | PROCTER & GAMBLE CO<br>CASH DIV ON 100 SHS<br>REC 04/18/08 PAY 05/15/08 | PG | | 40.00 |

# E★TRADE FINANCIAL®
Trading • Investing • Banking • Lending

## E★TRADE Complete™
Investment Account

**Account Number:**

**Statement Period :** May 1, 2008 - May 31, 2008

**Account Type:** INVESTMENT CLUB

## DIVIDENDS & INTEREST ACTIVITY (Continued)

| DATE | TRANSACTION TYPE | DESCRIPTION | SYMBOL/CUSIP | AMOUNT DEBITED | AMOUNT CREDITED |
|------|------------------|-------------|--------------|----------------|-----------------|
| 05/16/08 | Dividend | ABERDEEN ASIA PACIFIC INCOME FUND INC . CASH DIV ON 0.25842 SHS REC 04/30/08 PAY 05/16/08 NON-QUALIFIED DIVIDEND | FAX | | 0.01 |
| 05/16/08 | Dividend | ***COCA-COLA FEMSA SAB DE CV SPONSORED ADR REPSTG 10 L SHS CASH DIV ON 100 SHS REC 05/05/08 PAY 05/16/08 | KOF | | 48.44 |
| 05/19/08 | Dividend | AMERIGAS PARTNERS LP UNITS LTD PARTNERSHIP INT DIST ON 100 SHS REC 05/09/08 PAY 05/18/08 | APU | | 64.00 |
| 05/21/08 | Dividend | ***ANGLO AMERICAN PLC ADR NEW AGENCY PROCESSING FEE | AAUK | 4.00 | |
| 05/21/08 | Dividend | ***ANGLO AMERICAN PLC ADR NEW CASH DIV ON 200 SHS REC 03/14/08 PAY 05/21/08 | AAUK | | 86.00 |
| 05/22/08 | Dividend | APACHE CORP CASH DIV ON 100 SHS REC 04/22/08 PAY 05/22/08 | APA | | 15.00 |
| 05/27/08 | Interest | INTEREST ON CASH BALANCE AT 0.498% 04/26 THRU 05/25 APY 0.4999% | 00099A109 | | 82.87 |
| 05/29/08 | Dividend | ***GOLDCORP INC NEW CASH DIV ON 100 SHS REC 05/16/08 PAY 05/27/08 FRGN-W/H@SOURCE | GG | 0.23 | 1.50 |
| 05/30/08 | Dividend | UNITED ONLINE INC CASH DIV ON 100 SHS REC 05/14/08 PAY 05/30/08 | UNTD | | 20.00 |
| | | **TOTAL DIVIDENDS & INTEREST ACTIVITY** | | **$28.77** | **$917.14** |
| | | **NET DIVIDENDS & INTEREST ACTIVITY** | | | **$888.37** |

E★TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 12 OF 13

REDACTED

# E*TRADE
## FINANCIAL®
Trading • Investing • Banking • Lending

## E*TRADE Complete™
Investment Account

**Account Number:**

**Statement Period:** May 1, 2008 - May 31, 2008

**Account Type:** INVESTMENT CLUB

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|------|------------------|-------------|-------------|----------|
| 05/06/08 | Check | CHECK # 1113 | | |
| 05/06/08 | Check | CHECK # 1114 | 7,500.00 | |
| 05/07/08 | Other | TRANSFER BAL FROM CASH | 7,500.00 | |
| 05/07/08 | Other | TRANSFER BAL TO MARGIN | | 15,000.00 |
| 05/27/08 | Check | CHECK # 1116 | 15,000.00 | |
| 05/28/08 | Check | CHECK # 1115 | 30,000.00 | |
| 05/28/08 | Other | TRANSFER BAL FROM CASH | 24,850.00 | |
| 05/28/08 | Other | TRANSFER BAL TO MARGIN | | 29,917.13 |
| 05/29/08 | Other | TRANSFER BAL FROM CASH | 29,917.13 | |
| 05/29/08 | Other | TRANSFER BAL TO MARGIN | | 24,850.00 |
| | | | 24,850.00 | |

**NET WITHDRAWALS & DEPOSITS** $69,850.00

## OTHER ACTIVITY

| DATE | DESCRIPTION | SYMBOL/ CUSIP | TRANSACTION TYPE | QUANTITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|------|-------------|---------------|------------------|----------|-------|----------------|-----------------|
| 05/16/08 | ABERDEEN ASIA PACIFIC INCOME FUND INC REIN @ 6.2502 REC 04/30/08 PAY 05/16/08 | FAX | Div Reinvest | 0.002 | | 0.01 | |
| 05/23/08 | ***MECHEL OAO SPONSORED ADR STK SPLIT ON 100 SHS REC 05/16/08 PAY 05/19/08 | MTL | Split | 200 | | | |
| **TOTAL OTHER ACTIVITY** | | | | | | $0.01 | |
| **NET OTHER ACTIVITY** | | | | | | $0.01 | |

E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-ETRADE-1 (1-800-387-2331) • Member FINRA/SIPC

PAGE 13 OF 13