*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: `08CV4921`           Assigned/Issued  By: `AEE`

Judge Name: `GETTLEMAN`           Designated Magistrate Judge: `DENLOW`

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                   ☐ Alias Summons

☐ Third Party Summons                       ☐ Lis Pendens

☐ Non Wage Garnishment Summons              ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons        _____
                                            _____
☐ Citation to Discover Assets                 (Victim, Against and $ Amount)

☐ Writ _____              ☐ Other
        (Type of Writ)                        _____
                                              _____
                                              (Type of issuance)

_____Original and _____ copies on _____ as to _____
                                 (Date)
_____

_____